IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:24-cv-02220

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

ANDELORA INDUSTRIES, LLC d/b/a
DOGS R US,

    Defendant.

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER OR RESPONSIVE PLEADING

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby files this motion for an extension of time for defendant Andelora Industries, LLC d/b/a Dogs R US ("Defendant") to file its Answer or responsive pleading, and in support thereof state as follows:

1. On December 26, 2024, Plaintiff filed its Complaint. See D.E. 1.

2. On December 18, 2024, Defendant was served with the Summons and the Complaint. See D.E. 9. As such, Defendant's Answer or responsive pleading is due January 8, 2025.

3. On January 2, 2025, Plaintiff's counsel received a telephone call from Defendant's insurance carrier, who was recently notified of this matter and who requested additional time to investigate coverage/potentially engage in settlement discussions prior to Defendant being required to engage counsel and defend the matter.

4. Plaintiff agreed to provide a thirty (30) day extension for Defendant to respond to the Complaint a.

5. The requested relief is made in good faith and prior to the current deadline. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion and (b) extending the deadline for Defendant to file its Answer or responsive pleading on or before February 7, 2025.

Dated: January 2, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on January 2, 2025, the foregoing document was served via US Mail to Andelora Industries, LLC d/b/a Dogs R Us c/o Law Office of Adam I. Skolnik, P.A., 1761 West Hillsboro Boulevard, Suite 207, Deerfield Beach, FL 33442 and via electronic mail to dogsrusrestaurant@att.net.

                                              By: /s/ Daniel DeSouza  
                                                   Daniel DeSouza, Esq.