**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.                                                 Case No:   6:24-cv-2220-CEM-LHP

ANDELORA INDUSTRIES, LLC,

    Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER OR RESPONSIVE PLEADING (Doc. No. 12)**
>
> **FILED:** **January 2, 2025**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to include a memorandum of legal authority as required by Local Rule 3.01(a).  In addition, Plaintiff seeks to extend a deadline for Defendant,

and the motion does not demonstrate how Plaintiff may seek such affirmative relief on Defendants' behalf.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties