**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.      Case No:   6:24-cv-2220-CEM-LHP

ANDELORA INDUSTRIES, LLC,

    Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   MOTION FOR EXTENSION OF TIME (Doc. No. 15)**
>
> **FILED:       January 3, 2025**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Mary Franco, appearing *pro se* on behalf of Andelora Industries, LLC, has filed a motion for a thirty-day extension of time for Andelora Industries, LLC to retain counsel and properly appear in the case.  Doc. No. 15.  Upon consideration, the Court will permit Andelora Industries, LLC up to and including **February 6, 2025,** to appear through counsel and file a response to the complaint.  However,

- 2 -

no further *pro se* filings will be permitted on behalf of Andelora Industries, LLC. *See S.E.C. v. Merchant Cap., LLC*, 486 F. App'x 93, 94 n.1 (11th Cir. 2012) ("It is well established . . . that a business organization cannot appear *pro se* and must be represented by counsel, not merely by a stockholder or officer."). **If Andelora Industries does not appear through counsel and respond to the complaint by February 6, 2025, a default may be entered without further notice.**

The Clerk of Court is directed to mail a copy of this Order to Andelora Industries, LLC, at the address provided in the motion (Doc. No. 15).

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties