**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

   Plaintiff,       Case No. 6:24-cv-02220-CEM-LHP

v.

ANDELORA INDUSTRIES, LLC
d/b/a DOGS R US,

   Defendant.
_____/

---

**DEFENDANT ANDELORA INDUSTRIES, LLC d/b/a DOGS R US'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

---

In accordance with Local Rule 1.07(c), I certify that the instant action:

**____ IS**   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**  X  IS NOT**  Related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: February 3, 2025

               Respectfully Submitted,

               **WILSON ELSER MOSKOWITZ**
               **EDELMAN & DICKER LLP**

               By: */s/Leia V. Leitner*

307677604v.1

                                                                          Leia V. Leitner, Esq.
                                                                          Florida Bar No:  0105621
111 N. Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone:  407-423-7287
Fax:  407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com
Attorneys for Defendant,
*Andelora Industries, LLC d/b/a Dogs R US*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this electronic filing to all counsel of record.

*/s/ Leia V. Leitner*

2

307677604v.1